# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-631-KDB-DCK

| | |
|---|---|
| THE PARADIES SHOPS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BROOKSTONE CHARLOTTE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Hudson's Motion To Intervene" (Document No. 3) filed November 20, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Hudson's Motion To Intervene" (Document No. 3) is **GRANTED**.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge