IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-631-KDB-DCK

| THE PARADIES SHOPS, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BROOKSTONE CHARLOTTE, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Fred M. Wood, Jr., concerning Jeffrey L. Mapen on November 21, 2019. Jeffrey L. Mapen seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Jeffrey L. Mapen is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge