IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-631-KDB-DCK

| | |
|---|---|
| THE PARADIES SHOPS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BROOKSTONE CHARLOTTE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by John R. Wester, concerning Paul R. Elliott on November 22, 2019. Paul R. Elliott seeks to appear as counsel *pro hac vice* for Intervenor Hudson Group Retail, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Paul R. Elliott is hereby admitted *pro hac vice* to represent Intervenor.

**SO ORDERED**.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge