# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-631-KDB-DCK

| | |
|---|---|
| THE PARADIES SHOPS, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| BROOKSTONE CHARLOTTE, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by John R. Wester, concerning Evan Werbel on November 22, 2019. Evan Werbel seeks to appear as counsel *pro hac vice* for Intervenor Hudson Group Retail, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Evan Werbel is hereby admitted *pro hac vice* to represent Intervenor.

**SO ORDERED**.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge