# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-631-KDB-DCK

| | |
|---|---|
| THE PARADIES SHOPS, LLC, | )
| Plaintiff, | )
| v. | ) **ORDER**
| BROOKSTONE CHARLOTTE, LLC, | )
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by John R. Wester, concerning Katherine A. Brooker on November 22, 2019. Katherine A. Brooker seeks to appear as counsel *pro hac vice* for Intervenor Hudson Group Retail, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Katherine A. Brooker is hereby admitted *pro hac vice* to represent Intervenor.

**SO ORDERED**.

Signed: November 25, 2019

David C. Keesler
United States Magistrate Judge