**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-631-KDB-DCK**

| | | |
|---|---|---|
| **THE PARADIES SHOPS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BROOKSTONE CHARLOTTE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 62) filed by John R. Wester, concerning Amy Pharr Hefley on January 2, 2020. Amy Pharr Hefley seeks to appear as counsel *pro hac vice* for Intervenor Hudson Group Retail, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 62) is **GRANTED**. Amy Pharr Hefley is hereby admitted *pro hac vice* to represent Intervenor.

**SO ORDERED**.

Signed: January 3, 2020

David C. Keesler
United States Magistrate Judge