IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00631-KDB-DCK

| THE PARADIES SHOPS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BROOKSTONE CHARLOTTE, LLC, | |
| Defendant. | |

**THIS MATTER** is before the Court on the parties' consent Motion for Release of Bond. (Doc. No. 67).

For good cause shown, it is hereby **ORDERED** that Plaintiff-Intervenor Hudson Group (HG) Retail, LLC's Motion to Release Bond is **GRANTED**, and the Clerk of Court is directed to release the bond and issue payment of $10,000, plus accrued interest, to Hudson Group (HG) Retail, LLC and sent to its counsel of record at the following address:

> Robert E. Harrington
> Robinson Bradshaw & Hinson, P.A.
> 101 North Tryon Street, Suite 1900
> Charlotte, North Carolina 28246

**SO ORDERED.**

Signed: September 3, 2020

Kenneth D. Bell
United States District Judge